ACCEPTED
03-14-00803-CV
3659589
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/6/2015 9:37:37 AM
JEFFREY D. KYLE
CLERK

# TEXAS DEPARTMENT OF PUBLIC SAFETY

**OFFICE OF REGULATORY COUNSEL**
**BOX 4087, MSC-0246, AUSTIN, TEXAS 78773-0246**
**Office: (512) 424-5842 Fax: (512) 424-7725**
**www.dps.texas.gov**



STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
ROBERT J. BODISCH, SR.
DEPUTY DIRECTORS

COMMISSION
CYNTHIA LEON, CHAIR
MANNY FLORES
FAITH JOHNSON
STEVEN P. MACH
RANDY WATSON

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/6/2015 9:37:37 AM
JEFFREY D. KYLE
Clerk

January 6, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P O Box 12547
Austin, TX 78711-2547

**RE:  Case Number 03-14-00803-CV, Melvin Valentine v. Texas Department of Public Safety (Trial Court case number: C-1-CV-14-010145, Travis County)**

Dear Mr. Kyle,

The following is my correct contact information in this case:

VALERINA WALTERS
Attorney for the Department of Public Safety
Office of Regulatory Counsel
P O Box 4087, MSC-0246
Austin, Texas 78773-0246
Phone: (512) 424-2736
Fax: (512) 424-7725
Email: valerina.walters@dps.texas.gov

Kindly update accordingly. If you have any questions, please contact me. Thank you for your prompt attention to this matter.

Sincerely,

 /s/ Valerina Walters
Valerina Walters

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the 6th day of January, 2015 in accordance with Tex. R. App. P. 9.5 to the following:

Melvin C. Valentine, Jr.
12233 Runningbird Ln, #A
Austin, TX 78758

justiceintraviscounty@yahoo.com

/s/ Valerina Walters
VALERINA WALTERS